PETTIT LAW HAWAI'I LLLC
TED N. PETTIT, ESQ.         [4287]
Email: ted@pettitlawhawaii.com
Pauahi Tower
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813-3283
Phone: (808) 237.2477 | Fax: (808) 664-6723

MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GALLO *(pro hac vice)*
One Federal Street
Boston, MA 02110-1726
Phone: +1 (617) 951-8117
Email:  andrew.gallo@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
MELISSA Y. BOEY *(pro hac vice)*
1400 Page Mill Road
Palo Alto, CA 94304
Phone: +1 (650) 843-4000
Email:  melissa.boey@morganlewis.com

Attorneys for HAWAIIAN TELCOM, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDWICH ISLES COMMUNICATIONS, INC., <br><br> Appellant. <br><br> v. <br><br> HAWAIIAN TELCOM, INC., <br><br> Appellee. | Case No. 1:22-CV-00426-JAO-KJM (Bankruptcy Appeal) <br><br> **APPELLEE HAWAIIAN TELCOM, INC.'S OPPOSITION BRIEF TO SIC APPEAL OF FINAL ENFORCEMENT ORDER; EXHIBIT A; STATEMENT OF RELATED CASES; CERTIFICATE OF COMPLIANCE** |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Appellee Hawaiian Telcom, Inc. is a Hawaii corporation, whose stock is 100% owned by Cincinnati Bell Inc. There is no publicly held corporation that holds 10% or more of the stock in Cincinnati Bell Inc.

DATED: Honolulu, Hawaii, April 24, 2023.

                PETTIT LAW HAWAI'I LLLC

                    */s/ Ted N. Pettit*
                TED N. PETTIT
                and
                MORGAN, LEWIS & BOCKIUS LLP
                ANDREW J. GALLO
                MELISSA Y. BOEY

                Attorneys for HAWAIIAN TELCOM, INC.