# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ....................................................... i
JURISDICTIONAL STATEMENT ................................................................... 1
INTRODUCTION AND SUMMARY OF ARGUMENT ...................................... 2
STATEMENT OF THE CASE ........................................................................... 5
    I.    The Marshal Sale Order ................................................................ 5
    II.   The 363 Sale Order and the Final Enforcement Order ......................... 8
STANDARD OF REVIEW ............................................................................. 12
ARGUMENT ................................................................................................. 13
    A.   Each of the issues raised by SIC are impermissible, belated collateral attacks on the Bankruptcy Court's Sale Orders .................. 13
    B.   Even if SIC's arguments against the Sale Orders were timely, they are without merit. ................................................................. 16
        *i.*    SIC's interest in License 372 was expressly included in the Marshal Sale Assets ................................................. 16
        *ii.*   SIC's interpretation of the Hawaiian Homes Commission Act is contrived and unsupported by the plain language of the legislation ............................... 21
    C.   SIC's remaining arguments are equally without merit. ..................... 24
CONCLUSION .............................................................................................. 25