TABLE OF AUTHORITIES

Page(s)

**Cases**

*In re Alakozai*,
  499 B.R. 698 (B.A.P. 9th Cir. 2013) ................................................................. 13

*In re AVI, Inc.*,
  389 B.R. 721 (B.A.P. 9th Cir. 2008) ................................................................. 13

*In re Besset*,
  Case No. 12-1062, 2012 WL 6554706
  (B.A.P. 9th Cir. Dec. 14, 2012) ....................................................................... 14

*Bittner v. United States*,
  143 S. Ct. 713 (2023) ....................................................................................... 23

*In re Cerchione*,
  414 B.R. 540 (B.A.P. 9th Cir. 2009) ................................................................. 12

*Davis v. Cnty. of Maui*,
  Case No. 10-00070, 2010 WL 11531281 (D. Haw. May 4, 2010),
  *aff'd,* 454 F. App'x 582 (9th Cir. 2011) ........................................................... 13

*In re Donovan*,
  871 F.2d 807 (9th Cir. 1989) ............................................................................ 12

*In re Grantham Bros.*,
  922 F.2d 1438 (9th Cir. 1991) .......................................................................... 13

*In re Imperial Corp. of Am.*,
  92 F. App'x 469 (9th Cir. 2004) ....................................................................... 17

*In re Lehman Bros. Holdings Inc.*,
  526 B.R. 481 (S.D.N.Y. 2014) ..................................................................... 13-14

*In re Machuca*,
  483 B.R. 726 (B.A.P. 9th Cir. 2012) ................................................................. 13

*Murphy v. Hitchcock*,
  22 Haw. 665 (1915) ......................................................................................... 17

*RMA Ventures California v. SunAmerica Life Ins. Co.*,
 576 F.3d 1070 (10th Cir. 2009) ...................................................................17

*Travelers Indem. Co. v. Bailey*,
 557 U.S. 137 (2009) ..........................................................................................1

*In re USA Com. Mortg. Co.*,
 452 F. App'x 715 (9th Cir. 2011) ..................................................................12

*In re Wallace*,
 490 B.R. 898 (B.A.P. 9th Cir. 2013) .............................................................12

*In re Weiner*,
 161 F.3d 1216 (9th Cir. 1998) .......................................................................12

**Statutes and Other Authorities**

11 U.S.C. § 363 ..............................................................................................3, 9, 25

28 U.S.C. § 157 .......................................................................................................1

28 U.S.C. § 158 .......................................................................................................1

28 U.S.C. § 1334 .....................................................................................................1

Hawaii Administrative Rules § 10-4-22 ................................................................23

Hawaii Administrative Rules § 10-4-24 ................................................................23