# STATEMENT OF RELATED CASES

Civil No. 22-00426 JAO-KJM

The undersigned counsel states the following:

☐ I am unaware of any related cases currently pending in this court.

☐ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

☒ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

*In Re: PANIOLO CABLE COMPANY, LLC*, Case No. 18-01319 (Chapter 11)


    DATED:    Honolulu, Hawaii, April 24, 2023

                                    **PETTIT LAW HAWAI'I LLLC**

                                      */s/ Ted N. Pettit*
                                  TED N. PETTIT
                                  And
                                  MORGAN, LEWIS & BOCKIUS LLP
                                  ANDREW J. GALLO
                                  MELISSA Y. BOEY
                                  Attorneys for
                                  HAWAIIAN TELCOM, INC.