# CERTIFICATE OF COMPLIANCE
Civil No. 22-00426 JAO-KJM

I hereby certify pursuant to Local Rule 7.4(a) and (b) of the United States District Court for the District of Hawai'i, that the foregoing document complies with the applicable page count and does not exceed twenty-five (25) pages in length. The word count contains **6,493 words** (limitation of no more than 6,250 words for briefs that exceed 25 pages in length), including headings, footnotes, and quotations, but not counting the case caption, table of contents, table of authorities, exhibits, declarations, certificates of counsel, and certificates of service, as determined by the alternate method provided by Local Rules 7.4(d) and (e) using a word count feature of the word processing system.

DATED: Honolulu, Hawaii, April 24, 2023

**PETTIT LAW HAWAI'I LLLC**

_/s/ Ted N. Pettit_
TED N. PETTIT
And
MORGAN, LEWIS & BOCKIUS LLP
ANDREW J. GALLO
MELISSA Y. BOEY
Attorneys for
HAWAIIAN TELCOM, INC.