# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

SANDWICH ISLES COMMUNICATIONS, INC.

    Appellant,

V.

HAWAIIAN TELCOM, INC.

    Appellee.

JUDGMENT IN A CIVIL CASE

Case: CV 22-00426 JAO-KJM
Bankr. No. 18-01319

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 29, 2023, 4:35 pm
Lucy H. Carrillo, Clerk of Court

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Denying Motion to Dismiss and Affirming Orders of the Bankruptcy Court", ECF No. 44, filed September 29, 2023.

 

September 29, 2023          LUCY H. CARRILLO

Date          Clerk

         /s/ LUCY H. CARRILLO by EA

         (By) Deputy Clerk