# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**LUCY H. CARRILLO**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

November 15, 2023

To All Counsel of Record as Appellees:

IN RE: In Re: Paniolo Cable Company, LLC,
Sandwich Isles Communications, Inc. v. Hawaiian Telcom Inc., et al.

CV NO.    Consolidated Cases:
22-00426 JAO-KJM (lead case),
22-00427 JAO-KJM,
22-00428 JAO-KJM,
22-00434 JAO-KJM,
22-00435 JAO-KJM,
22-00441 JAO-KJM

CA NO.    23-3520

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled lead case on November 7, 2023.

All counsel (or Pro Se) please read and follow the enclosed instructions. Thank you.

Sincerely,

LUCY H. CARRILLO, CLERK

/S/ LUCY H. CARRILLO, by: JI, Deputy Clerk

Enclosures