# U.S. District Court
## District of Hawaii (Hawaii)
## CIVIL DOCKET FOR CASE #: 1:22-cv-00426-JAO-KJM

| | |
|---|---|
| In Re: Paniolo Cable Company, LLC | Date Filed: 09/26/2022 |
| Assigned to: JUDGE JILL A. OTAKE | Date Terminated: 09/29/2023 |
| Referred to: MAGISTRATE JUDGE KENNETH J. MANSFIELD | Jury Demand: None |
| Case in other court: U.S. Bankruptcy Court No. 18-01319-RJF | Nature of Suit: 422 Bankruptcy Appeal (801) |
| U.S. Bankruptcy Appellate No. HI-22-01172 | Jurisdiction: Federal Question |
| Ninth Circuit Court of Appeals, 23-03520 | |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BAP) | |

**In Re**

**Paniolo Cable Company, LLC**
*Debtor*

**Appellant**

| | | |
|---|---|---|
| **Sandwich Isles Communications, Inc.** | represented by | **Lex R. Smith** |
| | | Kobayashi Sugita & Goda |
| | | First Hawaiian Center |
| | | 999 Bishop St Ste 2600 |
| | | Honolulu, HI 96813-3889 |
| | | 539-8700 |
| | | Email: lrs@ksglaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Appellee**

| | | |
|---|---|---|
| **Hawaiian Telcom Inc.** | represented by | **Andrew J. Gallo** |
| | | Morgan Lewis & Bockius LLP |
| | | One Federal Street |
| | | Boston, MA 02110-1726 |
| | | +1 (617) 951-8117 |
| | | Fax: (617) 341-7701 |
| | | Email: andrew.gallo@morganlewis.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **David Geoffrey Brittin** |
| | | Case Lombardi |
| | | 737 Bishop Street Suite 2600 |
| | | Honolulu, HI 96813 |
| | | 808-547-5400 |
| | | Fax: 808-523-5573 |
| | | Email: dbrittin@caselombardi.com |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Melissa Y. Boey**
Morgan Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94304
+ 1 (650) 843-4000
Fax: (650) 843-4001
Email: melissa.boey@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ted N. Pettit**
Case Lombardi
737 Bishop Street Suite 2600
Honolulu, HI 96813
808-237-2477
Email: ted@pettitlawhawaii.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

| | | |
|---|---|---|
| **Department of Hawaiian Home Lands, State of Hawaii** | represented by | **Alyssa-Marie Yukiko Kau**<br>Office of Hawaiian Affairs<br>560 N. Nimitz Highway #200<br>Honolulu, HI 96817<br>808-218-9455<br>Email: AMKAU@Hawaii.edu<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Craig Y. Iha**<br>Office of the Attorney General-State of Hawaii<br>425 Queen Street Ste 220<br>Honolulu, HI 96813<br>(808) 586-3092<br>Fax: (808) 586-1372<br>Email: craig.y.iha@hawaii.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Holly T. Shikada**<br>Department of the Attorney General<br>Education Division<br>235 S Beretania St Rm 304<br>Honolulu, HI 96813<br>(808) 586-1255<br>Fax: (808) 586-1488<br>Email: holly.t.shikada@hawaii.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kevin W. Herring**
Ashford & Wriston
First Hawaiian Center
999 Bishop St Ste 1400
Honolulu, HI 96813
808-539-0441
Email: kherring@awlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan K.P. Kanakaole**
Office of the Attorney General-Hawaii
425 Queen St
Honolulu, HI 96813
(808) 586-1606
Fax: (808) 586-1372
Email: ryan.kp.kanakaole@hawaii.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Appellee**</u>

| | | |
|---|---|---|
| **Trustee Michael Katzenstein** | represented by | **Johnathan C. Bolton**<br>Goodsill Anderson Quinn & Stifel LLP<br>First Hawaiian Center<br>999 Bishop St Ste 1600<br>Honolulu, HI 96813<br>547-5854<br>Email: jbolton@goodsill.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Interested Party**</u>

| | | |
|---|---|---|
| **ClearCom, Inc.** | represented by | **Addison D Bonner**<br>Tamashiro Sogi & Bonner, A Law<br>Corporation<br>705 S. King Street<br>Suite 105<br>Honolulu, HI 96813<br>808-492-1907<br>Fax: 808-356-1581<br>Email: adb@tsbhawaii.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2022 | 1 | Notice of Transfer of Appeal to District Court from U.S. Bankruptcy Appellate Panel of the Ninth Circuit. U.S. Bankruptcy Court case number 18-01319. BAP No. HI-22-1172 - filed by Sandwich Isles Communications, Inc. (Attachments: # 1 Transmittal of Appeal to BAP, # 2 Certificate of Readiness, # 3 Supplemental Certificate of Readiness, # 4 Optional Appellee Statement of to Proceed in District Court)(eta) (Entered: 09/27/2022) |

| | | |
|---|---|---|
| 09/27/2022 | 2 | NOTICE of Case Assignment: Please reflect Civil case number <u>CV 22-00426 JAO-KJM</u> on all further pleadings. (eta) (Entered: 09/27/2022) |
| 10/12/2022 | 3 | EO: The parties are directed to review the General Civil Case Procedures Before Judge Otake posted on the court's website and are expected to comply with the most recent version that is posted.<br><br>(JUDGE JILL A. OTAKE)(shm) (Entered: 10/12/2022) |
| 10/12/2022 | 4 | EO: Briefing Schedule issued.<br><br>Opening Brief due 11/14/2022.<br>Answering/Responsive Brief due 12/14/2022.<br>Optional Reply Brief due 12/28/2022.<br><br>Oral Argument is SET for 1/20/2023 at 9:00 a.m. before the Honorable Jill A. Otake.<br><br>The hearing will be conducted by video teleconference (VTC). The courtroom manager will provide the participants with instructions and information to connect by video prior to the scheduled VTC.<br><br>Participants must connect to the VTC **at least ten (10) minutes** prior to the scheduled start time of the hearing.<br><br>All participants shall mute their lines until directed to speak by the Court.<br><br>All attorneys participating in the hearing are directed to refrain from using speaker phones.<br><br>The public may attend this conference (audio only) with the information provided below:<br><br>1. Dial 1-650-479-3207.<br>2. Enter your Access Code (1607265019)<br><br>Requests for video access to VTC hearings by anyone who is not a party or attorney for a party must be emailed to otake_orders@hid.uscourts.gov, no later than 24 hours before the hearing. Any request received after this deadline will be automatically denied.<br><br>Those granted access: (1) must timely log on and mute audio and video and during the proceeding; and (2) are prohibited from: (a) engaging in disruptive behavior, (b) sharing the login information with anyone, and (c) recording the hearing in any fashion. Failure to abide by these rules may result in expulsion from the hearing and/or the imposition of sanctions.<br><br>(JUDGE JILL A. OTAKE)(shm) (Entered: 10/12/2022) |
| 10/17/2022 | <u>5</u> | MOTION to Consolidate Cases *Motion to Consolidate Appeals* Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Attachments: # <u>1</u> Exhibit 1)(Pettit, Ted) (Entered: 10/17/2022) |
| 10/17/2022 | <u>6</u> | MOTION to File Documents under Seal *Motion to Accept Documents Under Seal into the Appellate Record* Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 10/17/2022) |
| 10/18/2022 | 7 | EO: On October 17, 2022, Hawaiian Telcom, Inc., filed a <u>5</u> Motion to Consolidate Appeals. The Court notes that the Motion to Consolidate Appeals does not appear to comply with the Local Rule 7.8 pre-filing conference requirement. *See* LR7.8 (requiring a |

| | | |
|---|---|---|
| | | meet and confer among counsel at least seven days prior to the filing of the motion regarding "the substance of the contemplated motion and any potential partial or complete resolution"). The Court DIRECTS counsel for Hawaiian Telcom, Inc., to promptly undertake the Local Rule 7.8 pre-filing conference and submit a report thereof by 10/21/2022. (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(kjm2) (Entered: 10/18/2022) |
| 10/21/2022 | 8 | REPORT of Planning Meeting *Appellee Hawaiian Telcom, Inc.'s Report on Local Rule 7.8 Pre-Filing Conference*. (Pettit, Ted) (Entered: 10/21/2022) |
| 11/01/2022 | 9 | EO: The Court finds 5 Appellee Hawaii Telcom Inc.'s Motion to Consolidate Appeals suitable for disposition without a hearing pursuant to Local Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii. Appellant shall file an opposition by 11/08/2022. Appellee may file a reply by 11/15/2022. (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(kjm3) (Entered: 11/01/2022) |
| 11/02/2022 | 10 | EO: For good cause shown, and given the lack of any objection, the Court GRANTS Appellee Hawaiian Telcom Inc.'s 6 Motion to Accept Document Under Seal into the Appellate Record. Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 11/02/2022. (kjm3) Modified on 11/2/2022 (kjm2). (Entered: 11/02/2022) |
| 11/02/2022 | 11 | EO: Based on the pending 5 Motion to Consolidate Appeals, the Court VACATES the briefing schedule and hearing date previously set. *See* ECF No. 4. The Court will set a new briefing schedule and hearing date after the Motion to Consolidate is resolved.<br><br>(JUDGE JILL A. OTAKE)(shm) (Entered: 11/02/2022) |
| 11/11/2022 | 12 | REPLY to Response to Motion re 5 MOTION to Consolidate Cases *Motion to Consolidate Appeals Reply In Support Of Motion To Consolidate Appeals* filed by Hawaiian Telcom Inc.. (Pettit, Ted) (Entered: 11/11/2022) |
| 11/14/2022 | 13 | EO: The Court CONTINUES the deadline to file an opposition to the 5 Motion to Consolidate Appeals (Motion) to 11/23/2022. The Court is unsure if all interested parties were notified of the deadlines regarding the Motion and thus, DIRECTS movant Hawaiian Telcom, Inc. to notify all interested parties of the new deadline to submit oppositions to the Motion. Movant may not file further reply. (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(kjm3) (Entered: 11/14/2022) |
| 11/15/2022 | 14 | CERTIFICATE OF SERVICE by Hawaiian Telcom Inc. re 12 Reply to Response to Motion (Pettit, Ted) (Entered: 11/15/2022) |
| 11/15/2022 | 15 | CERTIFICATE OF SERVICE by Hawaiian Telcom Inc. re 13 Link, (Pettit, Ted) (Entered: 11/15/2022) |
| 11/15/2022 | 16 | RESPONSE to Motion re 5 MOTION to Consolidate Cases *Motion to Consolidate Appeals* filed by ClearCom, Inc.. (Bonner, Addison) (Entered: 11/15/2022) |
| 11/15/2022 | 17 | CERTIFICATE OF SERVICE by ClearCom, Inc. *Certificate of Service [RE: Clearcom Inc.'s Statement of Opposition As to Hawaiian Telcom, Inc.'s Motion to Consolidate Appeals]* (Bonner, Addison) (Entered: 11/15/2022) |
| 11/23/2022 | 18 | OBJECTION re 5 MOTION to Consolidate Cases *Motion to Consolidate Appeals Appellant Sandwich Isles Communications, Inc.s Objection to Motion to Consolidate* filed by Sandwich Isles Communications, Inc.. (Attachments: # 1 Certificate of Service)(Smith, Lex) (Entered: 11/23/2022) |
| 11/30/2022 | 19 | ORDER DENYING MOTION TO CONSOLIDATE APPEALS re 5 - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 11/30/2022. |

| | | |
|---|---|---|
| | | (jni) (Entered: 11/30/2022) |
| 12/01/2022 | 20 | EO: In light of the 11/30/2022 Order Denying Motion to Consolidate Appeals filed in *n Re: Paniolo Cable Company, LLC,* 22-cv-00426-JAO-KJM, the Court DIRECTS as follows:<br><br>(a) The parties in Civil Nos. 22-00426, 22-00427, and 22-00428 shall meet and confer regarding proposed briefing deadlines in those matters (including as to the pending Motion to Dismiss in Civil No. 22-00428);<br><br>(b) The parties in Civil Nos. 22-00434, 22-00435, and 22-00441 shall meet and confer regarding proposed briefing deadlines in those matters; and<br><br>(c) The parties in all cases referenced above shall meet and confer regarding whether resolution of the cases listed in (a) will impact resolution of the cases listed in (b), and whether briefing deadlines should be set accordingly.<br><br>By December 7, 2022, counsel for Hawaiian Telcom, Inc. shall file a statement regarding the parties' joint proposals or, if agreement cannot be reached, reflecting the parties' separate positions on these matters.<br><br>(JUDGE JILL A. OTAKE)(shm) (Entered: 12/01/2022) |
| 12/07/2022 | 21 | STATUS REPORT *Appellee Hawaiian Telcom, Inc.s Report on Meet and Confer Appellate Briefing Schedules Positions of the Parties; Exhibit A; Certificate of Service* by Hawaiian Telcom Inc.. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Pettit, Ted) (Entered: 12/07/2022) |
| 12/13/2022 | 22 | EO: In light of the 11/30/2022 Order Denying Motion to Consolidate Appeals filed in *In Re: Paniolo Cable Company,* LLC, 22-cv-00426-JAO-KJM, briefing schedule is issued as follows:<br><br>Opening Brief due **3/20/2023** ~~12/30/2022~~.<br><br>Answering/Responsive Brief due **4/24/2023** ~~1/30/2023~~<br><br>Optional Reply Brief due **5/24/2023** ~~2/13/2023~~.<br><br>Oral Argument is SET for 8/25/2023 at 9:00 AM before JUDGE JILL A. OTAKE.The hearing will be conducted by video teleconference (VTC). The courtroom manager will provide the participants with instructions and information to connect by video prior to the scheduled VTC.<br><br>Participants must connect to the VTC *at least ten (10) minutes* prior to the scheduled start time of the hearing. All participants shall mute their lines until directed to speak by the Court. All attorneys participating in the hearing are directed to refrain from using speaker phones.<br><br>The public may attend this conference (audio only) with the information provided below:<br><br>1. Dial 1-650-479-3207.<br><br>2. Enter your Access Code (1607265019)<br><br>Requests for video access to VTC hearings by anyone who is not a party or attorney for a party must be emailed to otake_orders@hid.uscourts.gov, no later than 24 hours before the hearing. Any request received after this deadline will be automatically denied. |

| | | |
|---|---|---|
| | | Those granted access: (1) must timely log on and mute audio and video and during the proceeding; and (2) are prohibited from: (a) engaging in disruptive behavior, (b) sharing the login information with anyone, and (c) recording the hearing in any fashion. Failure to abide by these rules may result in expulsion from the hearing and/or the imposition of sanctions.<br><br>(JUDGE JILL A. OTAKE)(shm) Modified on 12/13/2022 (shm). (Entered: 12/13/2022) |
| 01/20/2023 | 23 | NOTICE by Hawaiian Telcom Inc. *Notice of Appearance and Disassociation of Counsel for Appellee Hawaiian Telcom, Inc.; Exhibits 1 & 2; Certificate of Service* Hawaiian Telcom Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Certificate of Service)(Pettit, Ted) (Entered: 01/20/2023) |
| 02/07/2023 | 24 | MOTION for Pro Hac Vice *for Andrew J. Gallo, Esq.* Filing fee $ 300, receipt number AHIDC-2795715.Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/07/2023) |
| 02/07/2023 | 25 | MOTION for Pro Hac Vice *for Melissa Y. Boey, Esq.* Filing fee $ 300, receipt number AHIDC-2795725.Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/07/2023) |
| 02/09/2023 | 26 | MOTION to Amend/Correct 24 MOTION for Pro Hac Vice *for Andrew J. Gallo, Esq.* Filing fee $ 300, receipt number AHIDC-2795715. *Amended Motion to Appear Pro Hac Vice* Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/09/2023) |
| 02/09/2023 | 27 | MOTION to Amend/Correct 25 MOTION for Pro Hac Vice *for Melissa Y. Boey, Esq.* Filing fee $ 300, receipt number AHIDC-2795725. *Amended Motion to Appear Pro Hac Vice for Melissa Y. Boey, Esq.* Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/09/2023) |
| 02/27/2023 | 28 | Second MOTION to Amend/Correct 24 MOTION for Pro Hac Vice *for Andrew J. Gallo, Esq.* Filing fee $ 300, receipt number AHIDC-2795715. Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/27/2023) |
| 02/27/2023 | 29 | Second MOTION to Amend/Correct 25 MOTION for Pro Hac Vice *for Melissa Y. Boey, Esq.* Filing fee $ 300, receipt number AHIDC-2795725. Ted N. Pettit appearing for Appellee Hawaiian Telcom Inc. (Pettit, Ted) (Entered: 02/27/2023) |
| 02/28/2023 | 30 | ORDER GRANTING SECOND AMENDED MOTION TO APPEAR PRO HAC VICE as to Andrew J. Gallo, Esq. - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 2/28/2023.<br>(jni) (Entered: 02/28/2023) |
| 02/28/2023 | 31 | ORDER GRANTING SECOND AMENDED MOTION TO APPEAR PRO HAC VICE as to Melissa Y. Boey, Esq. - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 2/28/2023.<br>(jni) (Entered: 02/28/2023) |
| 03/20/2023 | 32 | Appellant's BRIEF by Sandwich Isles Communications, Inc.. (Smith, Lex) (Entered: 03/20/2023) |
| 03/20/2023 | 33 | Additional Exhibits to 32 Appellant's Brief filed by Sandwich Isles Communications, Inc.. (Attachments: # 1 Appendix (Part 1 of 4), # 2 Appendix (Part 2 of 4), # 3 Appendix (Part 3 of 4), # 4 Appendix (Part 4 of 4))(Smith, Lex) (Entered: 03/20/2023) |
| 03/20/2023 | 34 | CERTIFICATE OF SERVICE by Sandwich Isles Communications, Inc. re 32 Appellant's Brief, 33 Additional Exhibits, (Smith, Lex) (Entered: 03/20/2023) |

| 04/24/2023 | 35 | Appellee's BRIEF by Hawaiian Telcom Inc.. Appellant Reply Brief due by 5/24/2023. (Attachments: # 1 Table of Contents, # 2 Table of Authorities, # 3 Main Document Opposition Brief, # 4 Exhibit A, # 5 Statement of Related Cases, # 6 Certificate of Compliance)(Pettit, Ted) (Entered: 04/24/2023) |
|---|---|---|
| 04/24/2023 | 36 | CERTIFICATE OF SERVICE by Hawaiian Telcom Inc. re 35 Appellee's Brief, (Pettit, Ted) (Entered: 04/24/2023) |
| 05/24/2023 | 37 | Appellant's REPLY BRIEF by Sandwich Isles Communications, Inc.. (Smith, Lex) (Entered: 05/24/2023) |
| 07/31/2023 | 38 | EO: Appellee Hawaiian Telcom Inc. is DIRECTED to resubmit the sealed portions of the appellate record, *see* ECF Nos. 6, 10, to clerks_orders@hid.uscourts.gov by no later than 8/3/2023 so that they may be filed under seal. <br><br> (JUDGE JILL A. OTAKE)(shm) (Entered: 07/31/2023) |
| 08/01/2023 | 39 | SEALED / UNREDACTED Master Relationship Agreement (Executed Version) filed in U.S. Bankruptcy Court on 4/4/2020 (Dkt. No. 253) - filed by Hawaiian Telcom Inc. SEALED pursuant to 38 Entering Order (eta) (eta). (Entered: 08/02/2023) |
| 08/01/2023 | 40 | SEALED / UNREDACTED EXHIBITS M-1 to M-20 to Daniel Masutomi in Support of Motion by Hawaiian Telcom, Inc. for Interim and Final Relief Enforcing the Court's Sale Order Additional Exhibits filed in U.S. Bankruptcy Court on 3/29/2023 (Dkt. 648) - filed by Hawaiian Telcom Inc. SEALED pursuant to ECF No. 38 Entering Order (eta) (eta). (Entered: 08/02/2023) |
| 08/22/2023 | 41 | EO: The Court structures the Oral Arguments on 8/25/2023 as follows: <br><br> First, hearing argument in the Main Bankruptcy Appeals (CV Nos. 22-00426, 22-00427, 22-00428), where each Appellant will be permitted 7 minutes, and Appellee Hawaiian Telcom, Inc. will then be permitted 15 minutes total. <br><br> Next, hearing argument in the Adversary Proceeding Appeals (CV Nos. 22-00434, 22-00435, 22-00441), where Appellants will be permitted 10 minutes total, and Appellee Hawaiian Telcom, Inc. will then be permitted 10 minutes total. <br><br> These limits include any rebuttal time a party may wish to reserve. <br><br> (JUDGE JILL A. OTAKE)(shm) (Entered: 08/22/2023) |
| 08/22/2023 | 42 | EO: At Oral Arguments, the parties should be prepared to address how *Bush v. Watson*, 81 Hawai`i 474, 918 P.2d 1130 (1996) impacts the arguments made related to the Hawaiian Homes Commission Act. <br><br> (JUDGE JILL A. OTAKE)(shm) (Entered: 08/22/2023) |
| 08/25/2023 | 43 | EP: Oral Arguments was conducted by video teleconference (VTC). <br><br> Client Representative Thomas Bosse, Hawaiian Telecom, Inc. and Albert Hee, Sandwich Isles Communications, Inc. also participated by VTC. <br><br> Oral arguments heard. <br><br> Court will issue a written order. |

| | | |
|---|---|---|
| | | (Reporter-Ann Matsumoto)<br>(JUDGE JILL A. OTAKE)(shm) (Entered: 08/25/2023) |
| 09/29/2023 | 44 | ORDER DENYING MOTION TO DISMISS AND AFFIRMING ORDERS OF THE BANKRUPTCY COURT in case 1:22-cv-00426-JAO-KJM; denying (6) Motion to Dismiss in case 1:22-cv-00428-JAO-KJM - Signed by JUDGE JILL A. OTAKE on 9/29/2023.<br><br>*Excerpt of Order Re: Consolidation:*<br>Now that the Court has the benefit of the (hundreds of pages of) briefing and already held, effectively, a consolidated Oral Argument, it is apparent that consolidation will promote judicial efficiency and lessen the chance for confusion. The parties, and particularly Appellants, often make similar arguments, or wholly incorporate each other's arguments. Issuing a single order in these now consolidated appeals will allow the Court to address similar arguments together without requiring it to repeat its reasoning across six orders or write six orders with potentially confusing cross references. **This consolidated action will now be referenced by the lowest-numbered case, *Sandwich Isles Communications, Inc. v. Hawaiian Telcom, Inc.*, CV No. 22-00426 JAO-KJM, and to the extent any future filings are necessary, they should be made in that case only.**<br><br>*Conclusion:*<br>For the reasons stated above, the Court DENIES Hawaiian Telcom's motion to dismiss Clearcom's appeal of the Contempt Order, CV No. 22-428, ECF No. 6. The Court AFFIRMS the Bankruptcy Courts Final Enforcement Order, Reconsideration Order, and Contempt Order in the Main Bankruptcy Appeals. The Court also AFFIRMS the dismissal of the FAC and the denial of the motion to remand as moot in the Adversary Proceeding Appeals.<br><br>Associated Cases: 1:22-cv-00426-JAO-KJM et al.<br>(eta) (Entered: 09/29/2023) |
| 09/29/2023 | 45 | CLERK'S JUDGMENT entered on 9/29/2023. (eta) (Entered: 09/29/2023) |
| 10/13/2023 | 46 | MOTION for Hearing *APPELLANTS MOTION FOR REHEARING OF THE COURTS SEPTEMBER 29, 2023, (1) ORDER DENYING MOTION TO DISMISS AND AFFIRMING ORDERS OF THE BANKRUPTCY COURT IN CASE 1:22-CV-00426-JAO-KJM [ECF 44], and (2) ORDER DENYING MOTION TO DISMISS IN CASE 1:22-CV- 00428-JAO-KJM; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF WILLIAM MEHEULA; EXHIBITS A-B; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE* William Meheula appearing for Appellant Waimana Enterprises, Inc. Associated Cases: 1:22-cv-00426-JAO-KJM et al.(Meheula, William) (Entered: 10/13/2023) |
| 10/27/2023 | 47 | ORDER DENYING MOTION FOR REHEARING denying (46) Motion for Hearing in case 1:22-cv-00426-JAO-KJM; denying (34) Motion for Hearing in case 1:22-cv-00427-JAO-KJM; denying (42) Motion for Hearing in case 1:22-cv-00428-JAO-KJM; denying (28) Motion for Hearing in case 1:22-cv-00434-JAO-KJM; denying (33) Motion for Hearing in case 1:22-cv-00435-JAO-KJM; denying (28) Motion for Hearing in case 1:22-cv-00441-JAO-KJM - Signed by JUDGE JILL A. OTAKE on 10/27/2023. Associated Cases: 1:22-cv-00426-JAO-KJM et al.(eta) (Entered: 10/27/2023) |
| 11/07/2023 | 48 | **NOTICE OF APPEAL** as to (47 in 1:22-cv-00426-JAO-KJM) Order on Motion for Hearing,, (44 in 1:22-cv-00426-JAO-KJM) Order on Motion to Dismiss,,,,,, by Sandwich Isles Communications, Inc.; USCA No. 23-3520. Filing fee $ 505. Associated Cases: 1:22-cv-00426-JAO-KJM et al.(Smith, Lex) Modified on 11/15/2023 (jni)<br>Note: Notice of Appeal spread to all member cases, see dkt 50 Amended Notice of Appeal. (Entered: 11/07/2023) |
| 11/07/2023 | 49 | NOTICE OF APPEAL as to (41 in 1:22-cv-00428-JAO-KJM) Clerk's Judgment, (33 in 1:22-cv-00427-JAO-KJM) Clerk's Judgment, (47 in 1:22-cv-00426-JAO-KJM, 34 in 1:22-cv-00435-JAO-KJM, 35 in 1:22-cv-00427-JAO-KJM, 29 in 1:22-cv-00441-JAO-KJM, 29 |

| | | |
|---|---|---|
| | | in 1:22-cv-00434-JAO-KJM, 43 in 1:22-cv-00428-JAO-KJM) Order on Motion for Hearing,, (26 in 1:22-cv-00441-JAO-KJM, 32 in 1:22-cv-00427-JAO-KJM, 26 in 1:22-cv-00434-JAO-KJM, 44 in 1:22-cv-00426-JAO-KJM, 40 in 1:22-cv-00428-JAO-KJM, 31 in 1:22-cv-00435-JAO-KJM) Order on Motion to Dismiss,,,,,, (45 in 1:22-cv-00426-JAO-KJM) Clerk's Judgment by ClearCom, Inc.. Filing fee $ 505, receipt number HIDC-2917977. Associated Cases: 1:22-cv-00426-JAO-KJM et al.(Bonner, Addison) (Entered: 11/07/2023) |
| 11/07/2023 | 51 | USCA Appeal Fees received re 48 Notice of Appeal, filed by Sandwich Isles Communications, Inc, Receipt No. AHIDC-2917775. (jni) (Entered: 11/13/2023) |
| 11/09/2023 | 50 | AMENDED DOCUMENT by Sandwich Isles Communications, Inc.. Amendment to (48 in 1:22-cv-00426-JAO-KJM) Notice of Appeal, *Amended Notice of Appeal from a Judgment or Order of a United States District Court*. Associated Cases: 1:22-cv-00426-JAO-KJM, 1:22-cv-00427-JAO-KJM, 1:22-cv-00428-JAO-KJM, 1:22-cv-00434-JAO-KJM, 1:22-cv-00435-JAO-KJM, 1:22-cv-00441-JAO-KJM(Smith, Lex) (Entered: 11/09/2023) |
| 11/15/2023 | 52 | USCA Case Number 23-3520 for (48 in 1:22-cv-00426-JAO-KJM, 37 in 1:22-cv-00427-JAO-KJM, 44 in 1:22-cv-00428-JAO-KJM, 31 in 1:22-cv-00434-JAO-KJM, 36 in 1:22-cv-00435-JAO-KJM, 31 in 1:22-cv-00441-JAO-KJM) Notice of Appeal, filed by Sandwich Isles Communications, Inc.<br><br>(Associated Cases: 1:22-cv-00426-JAO-KJM; 1:22-cv-00427-JAO-KJM; 1:22-cv-00428-JAO-KJM; 1:22-cv-00434-JAO-KJM; 1:22-cv-00435-JAO-KJM; 1:22-cv-00441-JAO-KJM)<br>(jni) (Entered: 11/15/2023) |
| 11/15/2023 | 53 | USCA TIME SCHEDULE ORDER as to (48 in 1:22-cv-00426-JAO-KJM, 37 in 1:22-cv-00427-JAO-KJM, 44 in 1:22-cv-00428-JAO-KJM, 31 in 1:22-cv-00434-JAO-KJM, 36 in 1:22-cv-00435-JAO-KJM, 31 in 1:22-cv-00441-JAO-KJM) Notice of Appeal, filed by Sandwich Isles Communications, Inc.; USCA No. 23-3520.<br><br>(Associated Cases: 1:22-cv-00426-JAO-KJM; 1:22-cv-00427-JAO-KJM; 1:22-cv-00428-JAO-KJM; 1:22-cv-00434-JAO-KJM; 1:22-cv-00435-JAO-KJM; 1:22-cv-00441-JAO-KJM)<br>(jni) (Entered: 11/15/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/15/2023 14:34:15 | | | |
| **PACER Login:** | clerkshi | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:22-cv-00426-JAO-KJM |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |