## UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** The State of Hawaii

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 1:22-cv-00434-JAO-KJM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 9/29/2022

Date of judgment or order you are appealing: 10/27/2023

Docket entry number of judgment or order you are appealing: 29

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Waimana Enterprises Inc.; Pa Makana LLC; and Clearcom, Inc.

Is this a cross-appeal?  ○ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:                 State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**                    **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                   *Rev. 06/09/2022*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Waimana Enterprises Inc.; Pa Makana LLC; and Clearcom, Inc.

Name(s) of counsel (if any):

Meheula Law, LLLC, A Limited Liability Law Company
William Meheula (2277)

Address: 500 Ala Moana Boulevard, Suite 3-499, Honolulu, Hawaii  96813

Telephone number(s): (808) 599-9554

Email(s): bill@meheulalaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Hawaiian Telcom, Inc.

Name(s) of counsel (if any):

Pettit Law Hawaii LLLC
Ted N. Pettit (4287)

Address: 1003 Bishop Street, Suite 2700, Honolulu, Hawaii  96813

Telephone number(s): (808) 237-2477

Email(s): ted@pettitlawhawaii.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Hawaiian Telcom, Inc.

Name(s) of counsel (if any):

Morgan, Lewis & Bockius LLP
Andrew J. Gallo (pro hac vice)

Address:  One Federal Street, Boston, Massachusetts  02110-1726

Telephone number(s):  (617) 951-8117

Email(s):  andrew.gallo@morganlewis.com

Name(s) of party/parties:

Hawaiian Telcom, Inc.

Name(s) of counsel (if any):

Morgan, Lewis & Bockius LLP
Melissa Y. Boey (pro hac vice)

Address:  1400 Page Mill Road, Palo Alto, California  94304

Telephone number(s):  (650) 843-4000

Email(s):  melissa.boey@morganlewis.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                                      *New 12/01/2018*